UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BJORN ERIK HAAPANIEMI,<br><br>Petitioner,<br><br>v.<br><br>FED. BUREAU OF PRISONS, UNITED STATES OF AMERICA,<br><br>Respondents. | Case No.   1:23-cv-00074-HBK (HC)<br><br>ORDER GRANTING REQUEST FOR LEAVE TO FILE AMENDED PETITION<br><br>(Doc. No. 9)<br><br>THIRTY DAY DEADLINE |

Before the Court is Petitioner's "Request for Leave to Amend Complaint." (Doc. No. 9). Bjorn Erik Haapaniemi ("Petitioner"), a federal prisoner incarcerated at FCI, Mendota, filed a petition for writ of habeas corpus under § 2241 in the Central District of California on January 5, 2023. (Doc. No. 1, "Petition"). The matter was transferred to the Eastern District of California on January 18, 2023. (Doc. No. 5).

The Federal Rules of Civil Procedure are to be applied to habeas proceedings, to the extent that they are not inconsistent with the habeas statutory provisions and habeas rules. *Rules Governing Section 2254 Cases in the United States District Court,* R.12.  Consequently, pursuant

to Rule 15(a), petitioner may amend his petition "once as a matter of course." Fed. R. Civ. P. 15(a)(1)(B).

Petitioner is advised that should he file a first amended petition, it will supersede the Petition and become the operative pleading. *See Lacey v. Maricopa County*, 693 F.3d. 896, 907 n.1 (9th Cir. 2012) (en banc). The Court will also direct the Clerk of Court to provide Petitioner with a blank form petition. Petitioner should use the enclosed form and title the pleading "First Amended Petition." The first amended petition must be free-standing, *i.e.* it must be complete without reference to the prior petition or any superseded pleading, and must include all grounds for relief and supporting facts. *See also* Local Rule 220. The Court does not accept piecemeal pleadings.

Accordingly, it is **ORDERED**:

1. Petitioner's "Request for Leave to Amend Complaint" (Doc. No. 9) is GRANTED.[1]
2. Petitioner shall file his free-standing First Amended Petition within **thirty (30) days** from the date of service of this Order.
3. The Clerk of Court shall provide Petitioner with a habeas corpus § 2241 form with this Order for Petitioner's use in preparing his First Amended Petition.
4. If Petitioner declines to file a First Amended Petition within thirty (30) days, the undersigned will proceed to conduct a preliminary review of the operative Petition (Doc. No. 1) pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Dated:     January 31, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The court's acceptance of the filing of the amended petition, however, should not be implied as a waiver of Fed. R. Civ. P. 15(c) or of the one-year federal statute of limitations set forth in 28 U.S.C. § 2244(d), to the extent appliable.

2