**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BJORN ERIK HAAPANIEMI,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRANDON PRICE,<br><br>　　　　　Respondent. | Case No.: 1:23-cv-0074 JLT HBK (HC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, DISMISSING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 11, 14) |

Bjorn Erik Haapaniemi, a federal prisoner, is proceeding pro se with a First Amended Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 11.) The assigned magistrate judge conducted a preliminary review under Rule 4 of the Rules Governing Section 2254 Cases.

The magistrate judge determined Petitioner failed to state a habeas claim and recommended the First Amended Petition be dismissed. (Doc. 14.) The Court served the Findings and Recommendations upon all parties and notified them that any objections were to be filed within 14 days after service. (*Id*. at 4-5.) In addition, the Court advised the parties "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)). Petitioner has not filed objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), the Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a court's denial, and an appeal is only allowed in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C. § 2253. If a court denies a habeas petition on the merits, the court may only issue a certificate of appealability "if jurists of reason could disagree with the district court's resolution of [the petitioner's] constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El*, 537 U.S. at 327; *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). While the petitioner is not required to prove the merits of his case, he must demonstrate "something more than the absence of frivolity or the existence of mere good faith on his … part." *Miller-El*, 537 U.S. at 338.

The Court finds reasonable jurists would not find the determination that the First Amended Petition should be dismissed debatable or wrong, or the issues presented are deserving of encouragement to proceed further. Petitioner has not made the required substantial showing of the denial of a constitutional right. Thus, the Court declines to issue a certificate of appealability. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 17, 2023, (Doc. 14), are **ADOPTED** in full.
2. The First Amended Petition for writ of habeas corpus (Doc. 11) is **DISMISSED** without prejudice.
3. The Court declines to issue a certificate of appealability.

///

///

///

4. The Clerk of the Court is to terminate any pending deadlines and close the case.

IT IS SO ORDERED.

2

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

1
2      Dated:   **March 27, 2023**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28